United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| J. Reyes Briones Mendoza, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2227 |
| | § | |
| Todd Blanche,[1] *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER  DISMISSING  PETITION

Before the Court is Petitioner's Motion to Dismiss as Moot indicating that Petitioner J. Reyes Briones Mendoza has been granted 42-B Cancellation of Removal for Certain Nonpermanent Residents and released from detention. Doc. 7 at 1–2. Respondents have not responded to Petitioner's Motion to Dismiss as Moot, and the Court takes this failure to respond as a representation of no opposition. *See* L. R. 7.4. The Court therefore GRANTS the motion.

Petitioner's release from detention renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

A final judgment will be entered separately.

**SO ORDERED.**

---

[1] Petitioner named Pamela Bondi in her official capacity as United States Attorney General. *See* Doc. 1. Because Ms. Bondi ceased to hold office while this action remained pending, the Court substitutes her successor's name. Fed. R. Civ. P. 25(d).

**SIGNED** at Houston, Texas, on the 8th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge